# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152385 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SPENCER LEE WILLIAMS,
     Defendant-Appellant.

SC: 152385
COA: 326911
Kent CC: 08-007472-FC

_____/

On order of the Court, the application for leave to appeal the August 4, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

s0922